[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 8, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-13545
Non-Argument Calendar

_____

D. C. Docket No. 06-00390-CR-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WAYNE EDWARD SPRINGFIELD,
a.k.a. Michael E. Springfield,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(January 8, 2008)**

Before BIRCH, DUBINA, and CARNES, Circuit Judges.

PER CURIAM:

Wayne E. Springfield appeals his 188-month sentence for one count of

distribution of 5 grams or more of cocain base in violation of 21 U.S.C. § 841(a)(1). His sole contention is that he should have received a downward departure from the advisory guideline range for his timely acceptance of responsibility.

The district court, contrary to the recommendation contained of the probation officer, gave Springfield a three-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a) & (b). The court did so even though it found Springfield to have been evasive. That reduction lowered the guidelines range from one of 262 to 327 months to one of 188 months to 235 months. After considering all of the 18 U.S.C. § 3553(a) factors, the court sentenced Springfield to the low end of the guidelines range, 188 months.

The district court did not abuse its discretion in sentencing Springfield. His contention that the court should have granted the government's motion for a U.S.S.G. § 5K1.1 downward departure is not cognizable on appeal. See United States v. Castellanos, 904 F.2d 1490, 1497 (11th Cir. 1990).

**AFFIRMED.**